UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――x

United States of America,

                        Plaintiff,

-against-

                                                 Case No. 7:17-mj-1421

Glenn E. O'Neill

                        Defendant.

―――――――――――――――――――――――x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                             SO ORDERED.

                                                             Hon. Martin R. Goldberg
                                                             United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York